# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129802

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRY L. CUNNINGHAM,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129802
COA: 261169
Wayne CC: 99-009800

On order of the Court, the application for leave to appeal the September 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

s0320